IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 4:06-cv-009 |
| JOHN M. HUSKEY, JR., | ) | |
| Defendant | ) | |

## **J U D G M E N T**

The Clerk having properly entered default and the defendant having failed to timely respond to the plaintiff's request for entry of default judgment for a sum certain, judgment is hereby ENTERED in favor of the United States of America against John M. Huskey, Jr., in the amount of Ten Thousand, Three Hundred Seventy-Six Dollars and 34 cents ($10,376.34), plus interest accruing on $9,266.22 thereof from November 22, 2005, at the rate of 6.08% per annum to the date of judgment, plus interest accruing at the legal rate from the date of judgment.

**E N T E R :**

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE